## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES ELIJAH DICKSON, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
|     v. | : | |
| | : | |
| PHILADELPHIA, PENNSYLVANIA | : | |
| POLICE HEADQUARTERS, *et al.*, | : | NO.  18-612 |
|     Defendants. | : | |

## ORDER

AND NOW, this 14ᵗʰ day of March, 2018, upon consideration of Mr. Dickson's Amended Complaint (ECF No. 6), it is ORDERED that:

1.    The Clerk of Court is DIRECTED to amend the caption in this matter to reflect that the named Defendants are:  (1) Joe Sullivan, Philadelphia Police Chief Inspector; (2) Sam Newhouse, reporter for the Philadelphia Metro; (3) Walter Perez, a reporter; and (4) Trish Hartman, a reporter.

2.    Mr. Dickson's Amended Complaint is DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum.  Mr. Dickson's federal claims pursuant to 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE.  Any state law claims that Mr. Dickson may raise are DISMISSED WITHOUT PREJUDICE to his right to raise them in state court.  Mr. Dickson may not file a second amended complaint in this matter.

3.    Mr. Dickson's request for an extension of time to file an amended complaint is DENIED AS MOOT.

4.    The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**